Fill in this information to identify the case:

Debtor 1  Debra Lynn Talmage

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Michigan

Case number  18-30682-dof

Official Form 410S1

# Notice of Mortgage Payment Change  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Selene Finance LP

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 8 7 0

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/14/2019

**New total payment:**
Principal, interest, and escrow, if any  $ 1,133.35

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 192.62      New escrow payment: $ 446.94

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

| Debtor 1 | Debra Lynn Talmage | | Case number (if known) 18-30682-dof |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Evan L. Moscov
Signature

Date  05/07/2019

Print: Evan L. Moscov
       First Name   Middle Name   Last Name

Title  Attorney for creditor

Company  Weinstein & Riley, P.S.

Address  325 Washington St., Ste. 303
         Number   Street
         Waukegan            IL     60085
         City                State  ZIP Code

Contact phone  312-969-1977

Email  bncmail@w-legal.com



**SELENE FINANCE**
9990 Richmond, Suite 400 South
Houston, TX 77042-4546

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

LOAN NUMBER: ████8870
DATE: May 1, 2019

DEBRA L TALMAGE
2083 MELODY PL
HARTLAND MI 48353-3471

|  | Previous Payment | New Payment Effective 06/14/19 |
|---|---|---|
| PRINCIPAL AND INTEREST | $686.41 | $686.41 |
| ESCROW | $192.62 | $282.42 |
| SHORTAGE SPREAD | $.00 | $164.52 |
| TOTAL PAYMENT | $879.03 | $1,133.35 |

**CUSTOMER SERVICE** 877-735-3637

## COMING YEAR ESCROW PROJECTION

The purpose of the Coming Year Escrow Projection is to determine the lowest balance "Low Point" to which your escrow account will decline over the upcoming year. The purpose of the Low Balance Summary is to compare the projected and allowable low point amounts. If the projected low point is greater than the allowable low point (*), there is a surplus. If the surplus is $50.00 or greater, it will be automatically refunded to you. If the surplus is less than $50.00, we have lowered your payment accordingly. If the projected low point is less than the allowable low point(*), there is a shortage and/or deficiency which will be recovered by an adjustment to your monthly payment over a specified number of months. The adjustment amount(s) appears in the Low Balance Summary and New Payment Information.

### ANTICIPATED ESCROW DISBURSEMENT

| | |
|---|---|
| HOMEOWNERS INS | 1,018.00 |
| CITY TAXES | 118.36 |
| CITY TAXES | 138.03 |
| CITY TAXES | 482.55 |
| CITY TAXES | 1,632.16 |
| TOTAL DISBURSEMENTS | 3,389.10 |
| DIVIDED BY 12 MONTHS | |
| MONTHLY ESCROW DEPOSIT | 282.42 |

### LOW BALANCE SUMMARY

| | |
|---|---|
| PROJECTED LOW POINT | -7,332.47 |
| ALLOWABLE LOW POINT | 564.84 |
| SHORTAGE | 7,897.31 |
| ESCROW ADJUSTMENT FOR 48 MONTHS | 164.52 |

The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.

| MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|
| | | BEGINNING BALANCE | | -5,920.31 | 1,977.00 |
| 06/19 | 282.42 | | .00 | -5,637.89 | 2,259.42 |
| 07/19 | 282.42 | HOMEOWNERS INS | -1,018.00 | -6,373.47 | 1,523.84 |
| 08/19 | 282.42 | | .00 | -6,091.05 | 1,806.26 |
| 09/19 | 282.42 | CITY TAXES | -118.36 | -5,926.99 | 1,970.32 |
| 09/19 | .00 | CITY TAXES | -482.55 | -6,409.54 | 1,487.77 |
| 10/19 | 282.42 | | .00 | -6,127.12 | 1,770.19 |
| 11/19 | 282.42 | | .00 | -5,844.70 | 2,052.61 |
| 12/19 | 282.42 | CITY TAXES | -138.03 | -5,700.31 | 2,197.00 |
| 12/19 | .00 | CITY TAXES | -1,632.16 | -7,332.47 | 564.84 * |
| 01/20 | 282.42 | | .00 | -7,050.05 | 847.26 |
| 02/20 | 282.42 | | .00 | -6,767.63 | 1,129.68 |
| 03/20 | 282.42 | | .00 | -6,485.21 | 1,412.10 |
| 04/20 | 282.42 | | .00 | -6,202.79 | 1,694.52 |
| 05/20 | 282.42 | | .00 | -5,920.37 | 1,976.94 |
| TOTAL | 3,389.04 | | -3,389.10 | | |

### IMPORTANT MESSAGES

PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT - ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK

NMLS #6312

PLEASE RETURN LOWER PORTION WITH YOUR PAYMENT AND KEEP THE TOP PORTION FOR YOUR RECORDS
INTERNET REPRINT

**SELENE FINANCE**

## ESCROW SHORTAGE REPLY

This is not a bill for the shortage amount. You are not required to pay this shortage in one payment. The total shortage amount is automatically divided by 48 and included in your monthly payment.

You can reduce your monthly payment by **$164.52** per payment if you pay the total shortage in full immediately. Simply send your check for **$7,897.31** along with this coupon.

DEBRA L TALMAGE

SELENE FINANCE
PO BOX 421639
HOUSTON TX 77242-1639

| LOAN NUMBER |
|---|
| ████8870 |
| SHORTAGE AMOUNT |
| $7,897.31 |

Loan Number: ████8870    Date: June 14, 2019

- ♦ This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.
- ♦ An asterisk (*) indicates a difference from the projected activity in either the amount or date.
- ♦ When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.
- ♦ Your projected low point may or may not have been reached based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received earlier OR later than expected
- Monthly payment(s) received were less than OR greater than expected
- Previous overage was returned to escrow
- Previous shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Lender placed insurance premium paid

|  | PAYMENTS TO ESCROW | | DISBURSEMENTS FROM ESCROW | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| MONTH | PROJECTED | ACTUAL | PROJECTED | ACTUAL | DESCRIPTION | PROJECTED | ACTUAL |
|  |  |  |  |  | BEGINNING BALANCE | .00 | -6,165.38 |
| 06/18 |  |  |  |  |  | .00< | -6,165.38 |
| 07/18 |  |  |  |  |  | .00 | -6,165.38 |
| 08/18 |  |  |  | 118.36 * | CITY TAXES | .00 | -6,283.74 |
| 08/18 |  |  |  | 482.55 | CITY TAXES | .00 | -6,766.29 |
| 09/18 |  |  |  |  |  | .00 | -6,766.29 |
| 10/18 |  |  |  | 1,018.00 * | HOMEOWNERS INS | .00 | -7,784.29 |
| 11/18 |  |  |  |  |  | .00 | -7,784.29 |
| 12/18 |  |  |  | 138.03 * | CITY TAXES | .00 | -7,922.32 |
| 12/18 |  |  |  | 1,632.16 | CITY TAXES | .00 | -9,554.48< |
| 01/19 |  |  |  |  |  | .00 | -9,554.48 |
| 02/19 |  |  |  |  |  | .00 | -9,554.48 |
| 03/19 |  | 385.24 |  |  |  | .00 | -9,169.24 |
| 04/19 |  | 192.62 |  |  |  | .00 | -8,976.62 |
| 05/19 |  |  |  |  |  | .00 | -8,976.62 |
| TOTALS | 0.00 | 577.86 | 0.00 | 3,389.10 |  |  |  |

Under Federal Law (RESPA) the lowest monthly balance in your escrow account should not exceed $0.00 or 1/6th of the total anticipated annual disbursement from your escrow account, unless your mortgage documents or state law specifies a lower amount. When your escrow balance reaches its lowest point during the account cycle, that balance is targeted to be your cushion amount. Under the Mortgage Contract or State or Federal Law, the targeted low point in your escrow account is $0.00 and the actual low point balance was -$9,554.48; the amount is indicated with an arrow (<).

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN (FLINT)

DEBRA LYNN TALMAGE,  ) Case No. 18-30682-dof
    Debtor.  ) Chapter 13
                      ) Judge: Judge Daniel S. Opperman

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2019, a copy of the Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

*Trustee*  
Carl Bekofske  
ECF@flint13.com

George E. Jacobs  
george@bklawoffice.com

I hereby certify that on May 8, 2019 a copy of the Notice of Mortgage Payment Change was sent via first class U.S. Mail, postage pre-paid, to the following individuals:

*Debtor*  
**Debra Lynn Talmage**  
2083 Melody Place  
Hartland, MI 48353

/s/ Taylor Bartle  
Taylor Bartle,  
Legal Assistant to Evan L. Moscov