| **Fill in this information to identify the case:** |
|---|
| Debtor 1    Debra Lynn Talmage |
| Debtor 2 |
| United States Bankruptcy Court for the: Eastern District of Michigan |
| Case number :    18-30682-jda |

## Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| **Name of creditor:** | U.S. BANK Trust National Association, as Trustee of CVI LCF Mortgage Loan Trust 1 | **Court claim no.** (if known): | 3 |
| **Last 4 digits** of any number you use to identify the debtor's account: | 0308 | **Date of payment change:** Must be at least 21 days after date of this notice | 06/14/2020 |
| | | **New total payment:** Principal, interest, and escrow, if any | $942.32 |

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment: $446.94**        **New escrow payment: $255.91**

### Part : 2 Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**                **New interest rate:**
   **Current Principal and interest payment:**    **New principal and interest payment:**

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
   Reason for change:
   **Current mortgage payment:**             **New mortgage payment:**

| Debtor 1 | Debra Lynn Talmage | | Case number (if known) | 18-30682-jda |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

## Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Kristin A. Zilberstein
Signature

Date 05/08/2020

| | | | |
|---|---|---|---|
| Print: | Kristin A. Zilberstein | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | bkcrm@padgettlawgroup.com |

Official Form 410S1  **Notice of Mortgage Payment Change**  page 2
18-30682-jda    Doc 95    Filed 05/08/20    Entered 05/08/20 14:58:15    Page 2 of 5

IN RE: Debra Lynn Talmage

                Debtors(s)

_____/

Case No: 18-30682-jda
Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this the __8th__ day of May, 2020, a true and correct copy of the foregoing was served by U.S., First Class, and/or electronic transmission to:

Debtor
Debra Lynn Talmage
2083 Melody Place
Hartland, MI 48353

Attorney
George E. Jacobs
Bankruptcy Law Offices
2425 S. Linden Road
Suite C
Flint, MI 48532

Trustee
Carl Bekofske
400 N. Saginaw Street
Suite 331
Flint, MI 48502

                                                    /S/ Kristin A. Zilberstein

                                                    _____
                                                    KRISTIN A. ZILBERSTEIN
                                                    PADGETT LAW GROUP
                                                    6267 Old Water Oak Road, Suite 203
                                                    Tallahassee, FL 32312
                                                    (850) 422-2520 (telephone)
                                                    (850) 422-2567 (facsimile)
                                                    bkcrm@padgettlaw.net
                                                    *Authorized Agent for Creditor*



Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

Final

DEBRA L TALMAGE
2083 MELODY PL
HARTLAND MI  48353

| Analysis Date: | | April 15, 2020 |
|---|---|---|
| Loan: | | |
| Property Address: | | |
| 2083 MELODY PL | | |
| HARTLAND, MI  48353 | | |

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jun 14, 2020 | Prior Esc Pmt | June 01, 2019 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $686.41 | $686.41 | P & I Pmt: | $686.41 | Due Date: | December 14, 2018 |
| Escrow Pmt: | $192.62 | $255.91 | Escrow Pmt: | $446.94 | Escrow Balance: | -$10,203.98 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $3,467.16 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $879.03 | $942.32 | Total Payment: | $1,133.35 | Anticipated Escrow Balance: | -$6,736.82 |

| Shortage/Overage Information | Effective Jun 14, 2020 |
|---|---|
| Upcoming Total Annual Bills | $3,070.86 |
| Required Cushion | $511.81 |
| Required Starting Balance | $1,535.39 |
| Escrow Shortage | -$8,272.21 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 511.81. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 511.81 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from June 2019 to May 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | (8,976.62) |
| Jun 2019 | | | | 1,221.00 * | Hazard | 0.00 | (10,197.62) |
| Jul 2019 | | 192.62 | | * | | 0.00 | (10,005.00) |
| Jul 2019 | | | | 946.00 * | Hazard | 0.00 | (10,951.00) |
| Aug 2019 | | 192.62 | | * | | 0.00 | (10,758.38) |
| Aug 2019 | | | | 120.84 * | City Tax | 0.00 | (10,879.22) |
| Aug 2019 | | | | 492.70 * | City Tax | 0.00 | (11,371.92) |
| Sep 2019 | | 192.62 | | * | | 0.00 | (11,179.30) |
| Dec 2019 | | 192.62 | | * | | 0.00 | (10,986.68) |
| Dec 2019 | | | | 1,697.68 * | Town Tax | 0.00 | (12,684.36) |
| Jan 2020 | | 192.62 | | * | | 0.00 | (12,491.74) |
| Feb 2020 | | 192.62 | | * | | 0.00 | (12,299.12) |
| Mar 2020 | | 192.62 | | * | | 0.00 | (12,106.50) |
| Apr 2020 | | 192.62 | | * | | 0.00 | (11,913.88) |
| | | | | | Anticipated Transactions | 0.00 | ($10,203.98) |
| May 2020 | | 3,467.16 P | | | | | ($6,736.82) |
| | $0.00 | $5,008.12 | $0.00 | $4,478.22 | | | |

**An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.**
**P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.**

Analysis Date: April 15, 2020
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | (6,736.82) | 1,535.39 |
| Jun 2020 | 255.91 | | | (6,480.91) | 1,791.30 |
| Jul 2020 | 255.91 | 946.00 | Hazard | (7,171.00) | 1,101.21 |
| Aug 2020 | 255.91 | | | (6,915.09) | 1,357.12 |
| Sep 2020 | 255.91 | 492.70 | Town Tax | (7,151.88) | 1,120.33 |
| Oct 2020 | 255.91 | | | (6,895.97) | 1,376.24 |
| Nov 2020 | 255.91 | | | (6,640.06) | 1,632.15 |
| Dec 2020 | 255.91 | | | (6,384.15) | 1,888.06 |
| Jan 2021 | 255.91 | 1,632.16 | Town Tax | (7,760.40) | 511.81 |
| Feb 2021 | 255.91 | | | (7,504.49) | 767.72 |
| Mar 2021 | 255.91 | | | (7,248.58) | 1,023.63 |
| Apr 2021 | 255.91 | | | (6,992.67) | 1,279.54 |
| May 2021 | 255.91 | | | (6,736.76) | 1,535.45 |
| | $3,070.92 | $3,070.86 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is (6,736.82). Your starting balance (escrow balance required) according to this analysis should be $1,535.39. This means you have a shortage of 8,272.21. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.

We anticipate the total of your coming year bills to be 3,070.86. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

**New Escrow Payment Calculation**

| | |
|---|---|
| Unadjusted Escrow Payment | $255.91 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $255.91 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

---


Detach Here



Shellpoint Mortgage Servicing
PO Box 10826

Greenville, SC 29603 0826
(800) 365-7107

**Escrow Shortage Reply (This is not a bill)**

| | |
|---|---|
| Loan Number: | |
| Full Shortage Amount: | $8,272.21 |
| Payment Amount: | $ _____ |

Your escrow shortage has been spread over 0 months, resulting in an additional increase in your monthly payment in the amount of 0.00.

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039

IF YOU CHOOSE to pay your shortage in full, please visit www.ShellpointMtg.com in order to expedite your payment. You can also mail this coupon with your remittance of the full shortage amount to the address to the left